UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re Application of<br><br>ISZO CAPITAL LP,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 20-_____<br><br>**ORDER TO SHOW CAUSE** |

Upon the papers annexed to this Order to Show Cause, including the Application for an Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782 (the "Application"); the Declaration of Adrienne M. Ward, Esq. in support of the Application, and the exhibits thereto; the Expert Declaration of Alex Hall Taylor QC in support of the Application, and the exhibits thereto; the Declaration of Nicholas Burkill in support of the Application, and the exhibits thereto; the Memorandum of Law in support of the Application; and all prior pleadings and proceedings heretofore had herein, it is hereby:

ORDERED that respondents (i) J. Frank Associates d/b/a Joele Frank, Wilkinson, Brimmer, Katcher ("Joele Frank"), and (2) Houlihan Lokey Capital, Inc. ("Houlihan Lokey," and together with Joele Frank, "Respondents") show cause before this Court at Courtroom _____, United States Courthouse, 500 Pearl Street, New York, New York 10007 on the _____ day of November, 2020, at _____ o'clock [AM / PM], or as soon thereafter as counsel can be heard, why an order, pursuant to 28 U.S.C. § 1782, should not be issued in favor of Petitioner, (i) granting Petitioner leave to serve subpoenas on each of the Respondents; (ii) directing Respondents to comply with the subpoenas' requests for the production of documents within fourteen (14) days

this Court's order; and (iii), with respect to Houlihan Lokey, directing it to thereafter appear for a deposition at a date which shall be no later than December 15, 2020;

ORDERED that service of this Order to Show Cause on Respondents, together with copies of the papers in support thereof, via personal delivery to Respondents, on or before November ___, 2020, be deemed good and sufficient service thereof; and, it is further;

ORDERED that copies of opposition papers, if any, be filed with this Court and served upon Petitioner's counsel via the Court's ECF filing system and by e-mail to Petitioner's counsel at jweiner@olshanlaw.com, on or before November ___, 2020.  Reply papers, if any, shall be filed on or before November ___, 2020.

Dated: New York New York
      November ___, 2020

SO ORDERED

_____
United States District Judge