```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
                                                              :
In Re Ex Parte Application of ISZO CAPITAL LP,:
to take discovery for use in foreign proceeding   :            1:20-mc-370-GHW
                                                              :
                          .                                   :            ORDER
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has reviewed the Ex Parte Application of Iszo Capital LP for Judicial Assistance Pursuant to 28 U.S.C. § 1782 (the "Application"). The Court will not grant the requested relief *ex parte*. Accordingly, Petitioner is directed to serve the Application and this order on the intended respondents no later than November 23, 2020, and to retain proof of service. Any opposition to the application must be served no later than December 7, 2020. Petitioner's reply, if any, is due no later than December 14, 2020.

The Court will hold a hearing on the Application by teleconference on December 22, 2020 at 3 p.m. All parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C). SO ORDERED.

Dated: November 14, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge