```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

| | |
|---|---|
| In re Application of | No. 20-mc-0370-GHW |
| ISZO CAPITAL LP, | **ORDER** |
| Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | |

This matter (hereinafter, "the Application") comes before the Court pursuant to 28 U.S.C. § 1782. Petitioner IsZo Capital LP ("Petitioner") seeks leave to serve a Subpoena (ECF # 2-2) seeking the production of documents ("the Subpoena") upon J. Frank Associates d/b/a Joele Frank, Wilkinson, Brimmer, Katcher ("Joele Frank"), a company found in the Southern District of New York ("Respondent").

The Court has considered the Application, the evidence and arguments presented, and upon being advised of the consent of the parties, with sufficient reason appearing and for good cause shown:

IT IS on this <u>11th</u> day of <u>December</u> 2020, hereby ORDERED that the Application is GRANTED as follows:

1. Petitioner is granted leave to serve Respondent with the Subpoena, which may be served, on consent, by e-mail to Respondent's undersigned counsel;

2. Petitioner and Respondent will consult and cooperate regarding any issues that may arise concerning the Subpoena. In the absence of any such issues:

    a. Respondent and Petitioner will agree upon a mutually acceptable date by which Joele Frank shall produce documents in response to the Subpoena;

5621265-2

b. Respondent reserves the right to serve written objections to the Subpoena under Rule 45 of the Federal Rules of Civil Procedure within 14 days after the Subpoena is served; and

3. The Court shall retain jurisdiction over this Application for the purpose of enforcing this Order and assessing any request or motion that may arise as between Petitioner and Respondent.

**AGREED:**

| | |
|---|---|
| /s/  Adrienne M. Ward | /s/  Marc J. Rachman |
| OLSHAN FROME WOLOSKY LLP | DAVIS & GILBERT LLP |
| Adrienne M. Ward | Marc J. Rachman |
| Theodore J. Hawkins | 1675 Broadway |
| 744 Broad Street, 16th Floor | New York, NY 10019 |
| Newark, NJ 07102 | |
| | *Attorneys for Respondent J. Frank Associates* |
| *Attorneys for Petitioner* | *d/b/a Joele Frank, Wilkinson, Brimmer, Katcher* |
| *IsZo Capital LP* | |

**SO ORDERED:**

Dated:  December 11, 2020

_____
GREGORY H. WOODS
United States District Judge

5621265-2